# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JAMES J. THALACKAN, | ) | CASE NO:    16 B 04201 |
| | ) | |
| DEBTOR. | ) | HONORABLE CAROL A. DOYLE |
| | ) | U.S. BANKRUPTCY JUDGE |
| | ) | |

## CERTIFICATE OF SERVICE

I, Karen R. Goodman, an attorney, certify that I served true and correct copies of the Notice of Final Report to the Debtor, the Debtor's attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 111 East Wacker Drive, Chicago, Illinois at or before 5:00 p.m. on March 9, 2017.

/s/ Karen R. Goodman

Karen R. Goodman (#1008242)
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Phone: (312) 527-4000
Fax: (312) 966-8480

18600201.1

## SERVICE LIST

| | | |
|---|---|---|
| AMEX<br>PO Box 981537<br>El Paso, TX 79998-1537 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Business Loan Express<br>3 South 12th street<br>Richmond, VA 23219-4096 |
| Chase<br>201 N. Walnut St.<br>MAILSTOP DE1-1027<br>Wilmington, DE 19801-2920 | Chase Mortgage<br>101 E. Town Street<br>Columbus, OH 43215-5187 | Flowerlet Thalackan<br>1081 Waterford ct.<br>Des Plaines, IL 60016-8726 |
| Homecoming<br>PO Box 205<br>Waterloo, IA 50704-0205 | Kelly Williams<br>1132 horrizon ave<br>Rockford, IL 61104 | Kelly Williams Company<br>Asset Collections Inc<br>10505 SW Barbur Blvd #301<br>Portland, OR 97219-6853 |
| Ocwen<br>PO Box 6440<br>Carol Stream, IL 60197-6440 | Ocwen Loan Servicing LLC<br>3451 Hammond Ave.<br>Waterloo, IA 50702-5345 | Alan D Lasko<br>Alan D Lasko & Associates Pc<br>29 South Lasalle Street<br>Chicago, IL 60603-1522 |
| David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090-6005 | AJTC Ventures<br>1220 W. Galena Ave.<br>Freeport, IL 61032-3826 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |