# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| JAMES J. THALACKAN | § | Case No. 16-04201 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 94,805.00<br>*(Without deducting any secured claims)* | Assets Exempt: 350,900.00 |
| Total Distributions to Claimants: 5,507.10 | Claims Discharged<br>Without Payment: 24,995.60 |
| Total Expenses of Administration: 3,560.44 | |

3) Total gross receipts of $ 11,667.54 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,600.00 (see **Exhibit 2**), yielded net receipts of $ 9,067.54 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 95.00 | $ 95.00 | $ 95.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,560.44 | 3,560.44 | 3,560.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 30,407.70 | 30,407.70 | 5,412.10 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 34,063.14 | $ 34,063.14 | $ 9,067.54 |

4)  This case was originally filed under chapter 7 on  02/11/2016 .  The case was pending for 16 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/01/2017                    By:/s/KAREN R. GOODMAN
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Dhanam Investment Club, partnership 1/11th interest with co- | 1129-000 | 11,667.54 |
| TOTAL GROSS RECEIPTS | | $ 11,667.54 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| James J. Thalackan | Exemptions | 8100-002 | 2,600.00 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 2,600.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue | 4800-000 | NA | 95.00 | 95.00 | 95.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 95.00 | $ 95.00 | $ 95.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | NA | 1,656.75 | 1,656.75 | 1,656.75 |
| KAREN R. GOODMAN | 2200-000 | NA | 0.00 | 0.00 | 0.00 |
| Associated Bank | 2600-000 | NA | 129.57 | 129.57 | 129.57 |
| ALAN D. LASKO | 3410-000 | NA | 1,755.82 | 1,755.82 | 1,755.82 |
| ALAN D. LASKO | 3420-000 | NA | 18.30 | 18.30 | 18.30 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,560.44 | $ 3,560.44 | $ 3,560.44 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AMERICAN EXPRESS BANK FSB | 7100-000 | NA | 407.70 | 407.70 | 407.70 |
| 2 | KELLY WILLIAMS COMPANY | 7200-000 | NA | 30,000.00 | 30,000.00 | 5,004.40 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 30,407.70 | $ 30,407.70 | $ 5,412.10 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 16-04201 | CAD | Judge: | Carol A. Doyle | Trustee Name: | KAREN R. GOODMAN |
| Case Name: | JAMES J. THALACKAN | | | | Date Filed (f) or Converted (c): | 02/11/2016 (f) |
| | | | | | 341(a) Meeting Date: | 03/09/2016 |
| For Period Ending: | 06/01/2017 | | | | Claims Bar Date: | 08/29/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Dhanam Investment Club, partnership 1/11th interest with co- | 11,550.96 | 8,950.96 | | 11,667.54 | FA |
| 2.  1801 Waterford Ct., Des Plaines, IL - Single Family Home | 440,000.00 | 440,000.00 | | 0.00 | FA |
| 3.  2001 Honda Odyssey [145,000 Miles]<br><br>Wife is Co-Owner | 675.00 | 675.00 | | 0.00 | FA |
| 4.  Household Goods & Furniture | 500.00 | 500.00 | | 0.00 | FA |
| 5.  TV & Electronics | 550.00 | 550.00 | | 0.00 | FA |
| 6.  Normal Apparel | 400.00 | 400.00 | | 0.00 | FA |
| 7.  Checcking Account - Chase Bank | 500.00 | 500.00 | | 0.00 | FA |
| 8.  401(k) Erisa Qualified | 480.00 | 480.00 | | 0.00 | FA |
| 9.  LIfe Insurance Death Benefits Only | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $454,655.96       $452,055.96       $11,667.54       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Hearing on TFR on  4/12/17; make distribution; file TDR

Initial Projected Date of Final Report (TFR): 12/31/2016       Current Projected Date of Final Report (TFR): 03/30/2017

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-04201 | Trustee Name: KAREN R. GOODMAN |
| Case Name: JAMES J. THALACKAN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3292 |
| | Checking |
| Taxpayer ID No: XX-XXX3897 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 06/01/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/13/16 | 1 | Dhanam Investment Club 25 Inner Circle Attn: Roy Thomas Des Plaines, IL 60016 | Turnover of Investment Account | 1129-000 | $11,667.54 | | $11,667.54 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.07 | $11,657.47 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.33 | $11,640.14 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.30 | $11,622.84 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.72 | $11,606.12 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.26 | $11,588.86 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.67 | $11,572.19 |
| 12/15/16 | 101 | Illinois Department of Revenue P.O. Box 190543 Springfield, IL 62794-9053 | Taxes due on 2016 IL-1041 | 4800-000 | | $95.00 | $11,477.19 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.18 | $11,460.01 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.04 | $11,442.97 |
| 02/13/17 | 102 | James J. Thalackan 1081 Waterford Court DesPlaines, IL 60016 | Exempt Funds | 8100-002 | | $2,600.00 | $8,842.97 |
| 04/13/17 | 103 | Alan D. Lasko 205 West Randolph Street, Suite 1150 Chicago, Illinois 60606 | Fees to Accountant for Trustee per Court Order dated April 12, 2017 | 3410-000 | | $1,755.82 | $7,087.15 |

Page Subtotals: $11,667.54  $4,580.39

Case 16-04201   Doc 24   Filed 06/06/17   Entered 06/06/17 14:03:11   Desc Main

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-04201 | Trustee Name: KAREN R. GOODMAN |
| Case Name: JAMES J. THALACKAN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3292 |
| | Checking |
| Taxpayer ID No: XX-XXX3897 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 06/01/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/13/17 | 104 | Alan D. Lasko<br>205 West Randolph Street, Suite 1150<br>Chicago, Illinois 60606 | Expenses to Accountant for Trustee per Court Order dated April 12, 2017 | 3420-000 | | $18.30 | $7,068.85 |
| 04/13/17 | 105 | KAREN R. GOODMAN<br>Taft Stettinius & Hollister LLP | Compensation to Trustee per Court Order dated April 12, 2017 | 2100-000 | | $1,656.75 | $5,412.10 |
| 04/13/17 | 106 | American Express Bank FSB<br><br>c o Becket and Lee LLP<br>Post Office Box 3001<br>Malvern, PA 19355-0701 | First and Final Distribution for Claim No. 1 per court Order dated April 12, 2017 | 7100-000 | | $407.70 | $5,004.40 |
| 04/13/17 | 107 | KELLY WILLIAMS COMPANY ASSET COLLECTIONS INC<br>10505 SW BARBUR BLVD #301<br>PORTLAND, OR 97219 | First and Final Distribution for Claim No. 2 per court Order dated April 12, 2017 | 7200-000 | | $5,004.40 | $0.00 |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| COLUMN TOTALS | $11,667.54 | $11,667.54 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $11,667.54 | $11,667.54 |
| Less: Payments to Debtors | $0.00 | $2,600.00 |
| Net | $11,667.54 | $9,067.54 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $7,087.15 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3292 - Checking | $11,667.54 | $9,067.54 | $0.00 |
| | $11,667.54 | $9,067.54 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $11,667.54 |
| Total Gross Receipts: | $11,667.54 |

Page Subtotals:                    $0.00        $0.00